## Katherine Knight

| | |
|---|---|
| **From:** | Goodman, Mark A. <mark.goodman@foxrothschild.com> |
| **Sent:** | Wednesday, February 3, 2021 9:54 AM |
| **To:** | Katherine Knight |
| **Subject:** | RE: Flores v. Geiser and Walgreens Boots Alliance - Removal Consent |

Yes—it consents to the removal.  Mark

**Mark Goodman**
Partner
**Fox Rothschild LLP**
Saint Ann Court
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5716 - direct
(214) 507-7379 - cell
(972) 404-0516 - fax
mark.goodman@foxrothschild.com
www.foxrothschild.com

**From:** Katherine Knight <KKnight@hoaf.com>
**Sent:** Wednesday, February 3, 2021 9:51 AM
**To:** Goodman, Mark A. <mark.goodman@foxrothschild.com>
**Subject:** [EXT] Flores v. Geiser and Walgreens Boots Alliance - Removal Consent

Mr. Goodman, please advise if Defendant Walgreens Boots Alliance consents to the removal of this case to federal court.  Thank you.



**Katherine Knight - Shareholder**
1700 Pacific Avenue, Suite 2700, Dallas, Texas 75201
(214) 658-1928 Direct | (214) 658-1919 Facsimile
www.hoaf.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

Exhibit 6

1