# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FELIX ANDRE FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-00241-M |
| | § | |
| ALBERT F GEISER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After considering the Joint Stipulation with Prejudice (ECF No. 25), the Court determines that the case should be dismissed and approves the Stipulation.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Albert F. Geiser and Walgreens Boots Alliance are dismissed with prejudice in their entirety.

**SO ORDERED**.

December 17, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE